IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DASTAGIR KHAN, M.D.,

     Appellant,

v.

NORTH FLORIDA ACUTE
CARE SPECIALISTS, LLC, a
Florida limited liability
corporation; ISMAEL
RODRIGUEZ, M.D.;
MOHAMMAD TOUHEED,
M.D.; VLADIMIR
HAVRYLIUK, M.D.; IPC THE
HOSPITALIST COMPANY,
INC., as successor in interest to
NORTH FLORIDA ACUTE
CARE SPECIALISTS, LLC,

     Appellees.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4776

Opinion filed September 4, 2014.

An appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Jill F. Bechtold of Marks Gray, P.A., Jacksonville, for Appellant.

Seth Schwartz and Caleb D. Rowland of The Schwartz Law Group, P.A., Jacksonville, for Appellees.

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.